UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GERMAN VILLASENOR SAHAGUN,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:25-MJ-00113-SKO<br><br>ORDER UNSEALING COMPLAINT |

Good cause due to the Defendant; pending appearance and the Defendant's initial appearance following his arrest in the Western District of Washington, it is hereby ordered that the Complaint against the Defendant in the above-captioned case be unsealed.

IT IS SO ORDERED.

Dated:  **December 10, 2025**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE